FILED
OCT 19 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

U.S. v. John Charles Coy
Case No.: 3:21CR617

## Government's Exhibits 1 And 2 For Purposes of Sentencing Hearing

Exhibit 1 – CCNO Jail Call by Inmate John Coy

Exhibit 2 – CCNO 2nd Jail Call by Inmate John Coy

*Tracey B. Tangeman*
Tracey Ballard Tangeman (OH: 0069495)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
(419) 259-6360 (facsimile)
Tracey.Tangeman@usdoj.gov