# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:21 CR 0617 |
| Plaintiff, | JUDGE KNEPP |
| | **NOTICE OF APPEAL** |
| -vs- | David Klucas (0041188) |
| | 1900 Monroe Street |
| **JOHN CHARLES COY,** | Toledo, Ohio 43604 |
| | PH: 419.255.1102 |
| Defendant. | FX: 419.255.1415 |
| | Email: Davek@buckeye-access.com |
| | Attorney for Defendant John Coy |

Now comes John Charles Coy, through counsel, who gives notice of his appeal to the United States Court of Appeals, Sixth Appellate Circuit, from the decision rendered by this Court on 20 October 2022. The District Court found Mr. Coy to be indigent and appointed counsel for trial court representation.

Respectfully Submitted,

/s/ David Klucas
David Klucas
Attorney for Defendant John Charles Coy

## **Certification**

      This shall certify that a copy of the forgoing was sent this 2nd day of November 2022 to all counsel of record via the Court's Electronic Filing and Notification System.

      /s/ David Klucas
      David Klucas