Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:21CR617 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP, II |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN CHARLES COY, | ) | GOVERNMENT'S MOTION FOR LEAVE |
| | ) | TO FILE EXHIBIT UNDER SEAL FOR |
| Defendant. | ) | PURPOSES OF APPEAL |

The United States moves this Court for an Order permitting the filing of an exhibit under seal for purposes of appeal. This exhibit is a true and correct electronic copy of the Marion Police Department reports that were made part of the sentencing record as Exhibit 5 on October 20, 2022. *See* (R. 39: Sentencing Trans., PageID 275-76).

The government plans to cite this exhibit on appeal and thus seeks to file it on the docket. This exhibit is properly filed under seal because it consists of sensitive information—including identifying information about child victims of sexual abuse that is required by federal law to be kept confidential and to be filed under seal. 18 U.S.C. § 3509(d)(1), (d)(2). Because the entirety of the police reports is sensitive and should be kept confidential, the government further seeks leave not to file a redacted version of this exhibit on the public docket.

Accordingly, the government requests leave to file the exhibit under seal.